UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL FINKE,

    Plaintiff,                                    CASE NO. 8:11-cv-00168-SDM-EAJ

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, MICHAEL FINKE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                  RESPECTFULLY SUBMITTED,

                                            By: /s/ James Pacitti_____
                                                  James Pacitti (FBN: 119768)
                                                  Krohn & Moss, Ltd
                                                  10474 Santa Monica Blvd, Suite 401
                                                  Los Angeles, CA 90025
                                                  Phone: (323) 988-2400 x 230
                                                  Fax: (866) 385-1408
                                                  jpacitti@consumerlawcenter.com
                                                  Attorney for Plaintiff

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Adrienne Rowberry, Attorney for Defendant, by the Court's CM/ECF system.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff