UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL FINKE,

Plaintiff,                                   CASE NO.8:11-cv-00168-SDM-EAJ

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, MICHAEL FINKE, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, MICHAEL FINKE, against Defendant, PORTFOLIO RECOVERY ASSOCIATES,LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated:  July 1, 2011                                RESPECTFULLY SUBMITTED,

                                              By:   /s James Pacitti
                                                  James Pacitti, Esq.
                                                  Krohn & Moss, Ltd
                                                  10474 Santa Monica Blvd.,
                                                  Suite 401
                                                  Los Angeles, CA 90025
                                                  Phone:  (323) 988-2400 x 230
                                                  Fax:     (866) 385-1408
                                                  jpacitti@consumerlawcenter.com
                                                  Attorney for Plaintiff
                                                  FBN: 119768

Dated:  July 1, 2011                                          RESPECTFULLY SUBMITTED,

                                                      By:  /s/ Racquel A. White
                                                          Racquel A. White, Esq.
                                                          Portfolio Recovery Associates, LLC
                                                          140 Corporate Blvd
                                                          Norfolk, VA 23502
                                                          rawhite@portfoliorecovery.com
                                                          Phone:  (888) 772-7326 ext 18388
                                                          Fax:     (757) 518-1773
                                                          Attorney for Defendant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL FINKE,

     Plaintiff,                                CASE NO.8:11-cv-00168-SDM-EAJ

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

     Defendant.
_____/

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Foregoing Stipulation Is Approved And Is So Ordered.

Signed this _____ day of July, 2011

_____
The Honorable Steven D. Merryday
United States District Judge