UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL FINKE,

    Plaintiff,

v.                                CASE NO. 8:11-cv-168-T-23EAJ

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.

                                                  /

## ORDER

Having reached a settlement, the parties stipulate (Doc. 31) to dismissal with prejudice of this action.  The stipulation is **ACCEPTED** and this action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on July 5, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE